IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TODD GIFFEN,

       Petitioner,

  vs.

UNITED STATES OF AMERICA,
et al.,

       Respondents.

No. 6:15-cv-1341-CL

O R D E R

AIKEN, Chief Judge:

    Magistrate Judge Clarke filed his Findings and Recommendation on July 28, 2015. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b)(3). When a party objects to any portion of the

1 - ORDER

Magistrate's Findings and Recommendation, the district court must make a _de novo_ determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Bus. Machs.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

    Petitioner Todd Giffen filed objections (docs. 8 and 9) to the Findings and Recommendation. Defendants declined to file any response. I have, therefore, given the file of this case a <u>de novo</u> review. I ADOPT the Magistrate's Findings and Recommendation (doc. 6), and DISMISS the petition for a writ of habeas corpus (doc. 2) for failure to state a claim. For the reasons stated in the Findings and Recommendation, I also REVOKE petitioner's <u>in forma pauperis</u> status. The Clerk of the Court is ordered to enter a judgment dismissing this proceeding in its entirety.

IT IS SO ORDERED.

    Dated this 16 day of September 2015.

_____
Ann Aiken
United States District Judge

2 - ORDER